

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00437-CR

Levi A. **BRAGDON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CRW2109190
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

John M. Lamerson's motion to withdraw is GRANTED.

SIGNED June 18, 2025.

_____
Adrian A. Spears II, Justice